# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-05

| | |
|---|---|
| **RENEE CROCKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **SANDRA L. BROWN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Mindy C. Fisher's Application for Admission to Practice *Pro Hac Vice* of Sherri L. Renner. It appearing that Sherri L. Renner is a member in good standing with the Florida State Bar and will be appearing with Mindy C. Fisher, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mindy C. Fisher's Application for Admission to Practice Pro Hac Vice (#2) of Sherri L. Renner is **GRANTED**,

and that Sherri L. Renner is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Mindy C. Fisher.

Signed: January 14, 2016

Dennis L. Howell
United States Magistrate Judge